# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM PARKER,** <br> Plaintiff, <br> vs. <br> **SAFECO INSURANCE COMPANY OF AMERICA, ET AL.,** <br> Defendants. | CASE NO. 18-cv-00816-YGR <br><br> **ORDER DENYING MOTION FOR LEAVE татя TO FILE A FIRST AMENDED COMPLAINT** <br><br> Re: Dkt. No. 28 |

On August 27, 2018, the Court heard oral argument on plaintiff's motion for leave to file a first amended complaint, which was fully briefed. (Dkt. Nos. 28, 29, 32.) As stated on the record, and confirmed herein, having carefully considered the briefing and arguments submitted in this matter, plaintiff's motion for leave to file a first amended complaint is **DENIED**.

This Order terminates Docket Number 28.

**IT IS SO ORDERED.**

Dated: August 28, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**